Brian Wheeler OSB 92195
3939 NE Hancock St Ste 304
Portland, OR 97212
(503)284-0994

Attorney for: Debtor

US BANKRUPTCY COURT

DISTRICT OF OREGON

| TIFFANY W. CRUMBLE | ) Case Number: 18-34280-tmb13 |
|---|---|
| Debtor | ) MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS |

The debtor, through counsel, requests an extension of time to file all missing until and including January 1, 2018

/s/ Brian Wheeler

Certificate of service

The following parties will be served by electronic case noticing:
- US Trustee, Wayne Godare

The following parties were served by US mail:

N/A

/s/ Brian Wheeler

Page 1 of 1   MOTION TO EXTEND TIME