| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
| In re<br> **Tiffany Willette Crumble**<br>Debtor(s) | ) Case No. **18−34280−tmb13**<br>)<br>) ORDER AND NOTICE<br>) REGARDING FILING OF<br>) DOCUMENT(S); AND NOTICE<br>) OF PROPOSED DISMISSAL<br>) | December 11, 2018<br>Clerk, U.S. Bankruptcy Court<br>BY **jbk** DEPUTY |

The bankruptcy CASE FILED on **12/10/18** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

   **Attorney's Disclosure of Compensation. NOTE: The debtor's case will not be dismissed for the attorney's failure to timely file this document. (Fed. Rule Bankr. Proc. 2016(b))**

   **A signed Statement of Financial Affairs (Official Form 107 for Individuals; Official Form 207 for Non−Individual). (Fed. Rules Bankr. Proc. 1007 & 1008)**

   **A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A−1 for Chap. 7, 122B for Chap. 11 or 122C−1 for Chap. 13. [Please note: If filing 122A−1 or 122C−1, an additional form may be required. Follow the instructions on the form.]**

   **A Ch. 13 Plan. You must use the current version of Local Form 1300.17. (Local Bankr. Rule 3015−1)**

   **− Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankr. Rule 9009−1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non−Individual Debtor, refer to Local Form 200.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

                                                                                               Clerk, U.S. Bankruptcy Court