UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                    )   Case No. _____
                         )
                         )   **Notice of Debtor's**
                         )   **Amendment of Mailing List or**
Debtor(s)                )   **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

    A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

    B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

    C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

    D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

    E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

    F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

    A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

        1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

        2. Each applicable amended schedule.

        3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

        4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

5. Chapter 9, 11, 12, or 13:

    - The notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

    - The most recent confirmation order, the most recent confirmed plan, and, if a confirmed chapter 11 plan, the approved disclosure statement.

6. Chapter 11, 12 or 13: Any notice of modification of plan, including attachments, if time for objection has not expired.

7. Chapter 9 or 11:

    - The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders.

    - The notice of any pending hearing on a disclosure statement, with attachments.

B. When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice, the applicable amended schedule(s), and the following:

1. A notice to each deleted creditor that:

    - the creditor is being deleted and will not receive any further notices; and

    - if time has been fixed to file a proof of claim, the creditor should contact the creditor's attorney with any claims questions.

2. Chapter 9 or 11: A notice to each affected creditor that a proof of claim must be filed by the later of (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

3. **Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that: (A) all applicable requirements above have been completed; and (B) the attachments are true and correct or were individually verified by the debtor(s).

Dated: _____

_____
Signature

_____
Type or Print Signer's Name and Phone No.

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | **Tiffany** | **Willette** | **Crumble** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number | 18-34280-tmb13 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ **182,787.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ **112,605.38**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................... $ **295,392.38**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **145,439.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................... $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............. $ **23,905.00**

   **Your total liabilities** $ **169,344.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................. $ **3,898.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ **3,586.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | |
|---|---|
| Debtor 1  **Tiffany Willette Crumble** | Case number *(if known)* **18-34280-tmb13** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **5,827.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 12,634.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 12,634.00 |

| | | | | |
|---|---|---|---|---|
| | | **Fill in this information to identify your case:** | | |
| Debtor 1 | | **Tiffany Willette Crumble** | | |
| | | First Name     Middle Name     Last Name | | |
| Debtor 2 (Spouse if, filing) | | First Name     Middle Name     Last Name | | |
| United States Bankruptcy Court for the: | | DISTRICT OF OREGON | | |
| Case number (if known) | | 18-34280-tmb13 | | ■ Check if this is an amended filing |

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Oregon Affordable Housing** | $12,320.00 | $182,787.00 | $0.00 |

Creditor's Name

**Assistance Corporation, C/O Juli Cody, RA**
**725 SUMMER ST NE STE B**
**Salem, OR 97301**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **233 150 Portland, OR 97217**
> **Multnomah County**
> **The debtor has purchased improvements only and any future sale is subject to approval by Sabin Community Development and the amount of appreciation be retained by debtor is limited by contract w**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    9/14/17      **Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $12,320.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $12,320.00 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Tiffany** | **Willette** | **Crumble** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | 18-34280-tmb13 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Tiffany Willette Crumble**                               X _____
  **Tiffany Willette Crumble**                                       Signature of Debtor 2
  Signature of Debtor 1

  Date **February 15, 2019**                                        Date

---