UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Tiffany Willette Crumble**

    Debtor(s)

Case No. **18-34280-tmb13**

RECORD OF PROCEEDING

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**
Moving Party

Judge: **Thomas M Renn**

**Tiffany Willette Crumble**

Docket # of Motion 44

Responding Party

DATE OF HEARING: **06/11/2019**

✓ **JESSE A BAKER** ____ no appearance    ✓ **BRIAN WHEELER** ____ no appearance
Attorney for Moving Party      Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.    **X** Written stipulation (to be) filed *within 14 days.*
____ Order based on oral stipulation to be lodged.

____ Hearing is continued to _____ at _____ in _____ or ____ telephone hearing for:

    ____ Continued preliminary hearing ____ final hearing ____ stay remains in effect.
    ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
    ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
    ____ Movant waives 30 day rule.
    ____ Noticed in Court. ____ Send notice
____ Off calendar; may be reset at request of either party/Movant only (30 day rule waived).

____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____.

    ____ No foreclosure sale before _____.
____ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
    ____ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
    ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
    ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
    ____ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
    ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
    ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
    If NO, findings: _____

____ OTHER: _____

### ISSUES TO BE TRIED

____ Is Cure Proposal Realistic?    ____ Amount of arrears    ____ Valuation    ____ Adequate Protection